| | |
|---|---|
| STATE OF MAINE<br>CUMBERLAND, ss. | CIVIL ACTION<br>DOCKET NO. CV-25- |

ROBERT COLLETT,

   Plaintiff,

v.

WALGREENS EASTERN CO., INC

   Defendant,

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, Robert Collett ("Plaintiff" or "Robert") seeks judgment and monetary damages from Defendant Walgreens Eastern Company Incorporated ("Walgreens" or "Defendant") in connection with injuries he sustained while attempting to enter the business, store number 19678, owned by Defendant. Plaintiff does hereby aver, allege and complain against Defendant as follows:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff Robert Collett is a natural person, resident and citizen of the City of South Portland, County of Cumberland, State of Maine.

2. Upon information and belief, Defendant Walgreens Eastern Company Incorporated is a for-profit corporation doing business in the City of South Portland, County of Cumberland, State of Maine.

3. Upon information and belief, the Defendant owns and operates the premises where the injuries in the case took place, which is located at 279 Main Street in the City of South Portland, County of Cumberland, State of Maine.

1

4. Defendant was timely and properly served Plaintiffs' Notice of Claim on or about December 7, 2022, and any interest accrued in this case begins to accrue as of that date.

5. The Court has jurisdiction over this action pursuant to 4 M.R.S.A. §105.

6. Venue is proper in accordance with 14 M.R.S.A. §501.

## FACTS RELATED TO ALL COUNTS

7. At approximately 4:30 PM or about December 7, 2022, Plaintiff stopped at the Walgreens Pharmacy (store number 19678) located at 279 Main Street, South Portland, Maine.

8. He parked, exited his vehicle on the west side of the pharmacy and used the sidewalk adjacent to the pharmacy to walk toward the main entrance.

9. The overhead light, which was intended to provide lighting to this area, was inoperable at the time.

10. Plaintiff was exercising ordinary and reasonable care while walking when his foot stopped suddenly as it encountered a defect in the sidewalk.

11. Without warning, Plaintiff was tripped by the faulty construction and/or maintenance of that area of the premises, causing him to stumble, strike a square brick column, fall to the concrete, and become seriously injured.

12. The lighting in the area of the sidewalk defect was extremely poor, with almost no detectable light in the area of the defect.

13. Upon information and belief, the sidewalk structure and lighting deficiencies violated local, State, and/or Federal codes and regulations.

14. Defendant was under a legal obligation to use ordinary care to ensure that the premises, its facilities, and means of egress were reasonably safe for all invitees.

15. An ambulance arrived and transported Plaintiff to the Maine Medical Center Emergency Department.

16. Plaintiff presented with an obvious deformity to his right humerus and a left shoulder deformity.

17. Emergency room physicians stabilized the Plaintiff and diagnosed him with two displaced fractures in his right arm and a non-displaced fracture of his left arm and referred him to orthopedic specialists.

18. The bone fractures caused by the Defendant required open-reduction and internal fixation surgery.

19. Plaintiff has continued treatment with additional health care providers, and accrued over $180,000.00 in medical costs to date.

20. Defendant's negligence caused Plaintiff to miss more than twenty-eight (28) weeks of work as a full-time truck driver, before he was cleared to be able to try and return to his position.

21. Since the date of the incident, Plaintiff has complied with his medical care providers' recommendations but continues to have on-going impairments and pain from the injuries.

22. As a result of the injuries Plaintiff sustained due to Defendant's negligence, he can no longer perform his day-to-day activities to the level and extent that he previously enjoyed and suffers from permanent disability, chronic pain, and emotional distress.

## COUNT I
## NEGLIGENCE

23. Plaintiff repeats and incorporates herein each and every allegation and averment contained in Paragraphs 1 through 22 of this Complaint as though fully set forth herein.

24. Plaintiff was lawfully on the Defendants' property as a customer.

25. Defendant owed a general duty to exercise reasonable care to provide safe premises and operate them in a manner so as to prevent injury to its business invitees.

26. Defendant owed Plaintiff the duty to use ordinary and reasonable care to inspect and ensure that the premises upon which it conducted its business were reasonably safe for its intended purpose and to guard against all known and/or reasonably foreseeable dangers.

27. Defendant owed Plaintiff a duty to use reasonable care, which incorporates a duty to warn of dangerous conditions and to perform appropriate maintenance and repair of unreasonably hazardous conditions on the property.

28. Defendants and or their agents knew or should have known that the condition of the structure, which caused injuries to the Plaintiff, was not safe.

29. Defendant breached its duties to Plaintiff.

30. Defendants' breach of their duties directly and proximately caused Plaintiff to suffer and sustain economic and non-economic damages.

31. As a consequence of its wrongful conduct, Defendant is liable to Plaintiff in an amount to be determined by the court, together with interest and costs.

## RELIEF SOUGHT

**WHEREFORE**, Plaintiff Robert Collett requests judgment in his favor against Defendant on each and every claim and Count aforementioned in an amount sufficient to reasonably compensate him for physical and mental injuries, loss of earnings, lost earning capacity, permanent impairment, loss of enjoyment of life, past, present and future medical costs, travel expenses, and any and all other damages to the fullest measure allowed by law, together with costs, and interest to the highest extent allowable by law, from the earliest date allowable by law.

## PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY

DATED this 19th day of May, 2025 in Portland, Maine.

_____
Christian Foster, Esq, Bar No. 9086

C Foster Law PLLC
217 Commercial Street, Suite 402
Portland, ME 04101
(207) 536-2206 phone
(207) 770-4702 fax
cfoster@ccfosterlaw.com

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

This summary sheet and the information it contains do not replace or supplement the filing and service of pleadings or other papers as required by the Maine Rules or by law. This form is required for the Clerk of Court to initiate or update the civil docket. The information on this summary sheet is subject to the requirements of M. R. Civ. P. 11.

I. **COUNTY OF FILING OR DISTRICT COURT JURISDICTION** ("X" the appropriate box and enter the County or location)
   - ☒ Superior Court County: Cumberland
   - ☐ District Court Location (city/town): _____

II. **NATURE OF THE FILING**
   - ☐ Initial Complaint
   - ☐ Third-Party Complaint
   - ☐ Cross-Claim or Counterclaim
   - ☐ Reinstated or Reopened case
   Docket No.: _____
   *If filing a second or subsequent Money Judgment Disclosure, give the docket number of the first disclosure.*

   > **Initial Complaint:** A complaint filed as an original proceeding. A filing fee is required.
   > **Third-Party Complaint:** An original defendant's action against a third party that was not part of the original proceeding. A filing fee is required.
   > **Cross-Claim:** An original defendant's claim against another original defendant. No additional fee is required.
   > **Counterclaim:** An original defendant's claim against an opposing party. No additional fee is required.
   > **Reinstated or Reopened Case:** Money Judgment Disclosures or post-judgment motions.

III. ☐ **REAL ESTATE OR TITLE TO REAL ESTATE IS INVOLVED**

IV. **MOST DEFINITIVE NATURE OF ACTION**
   *("X" in ONE box. If the case fits more than one nature of action, select the one that best describes the cause of action.)*

   **GENERAL CIVIL**
   **Constitutional/Civil Rights**
   ☐ Constitutional/Civil Rights
   **Contract**
   ☐ Debt Collection brought by a debt collector as defined by 32 M.R.S. § 11002 *(Contract Case Cover Sheet (CV-261) must be attached)*
   ☐ Other Contract *(Contract Case Cover Sheet (CV-261) must be attached)*
   **Declaratory/Equitable Relief**
   ☐ Declaratory Judgment
   ☐ General Injunctive Relief
   ☐ Other Equitable Relief
   **Non-Personal Injury Torts**
   ☐ Auto Negligence
   ☐ Libel/Defamation
   ☐ Other Negligence
   ☐ Other Non-Personal Injury Tort
   **Personal Injury Torts**
   ☐ Assault/Battery
   ☐ Auto Negligence
   ☐ Domestic Tort
   ☐ Medical Malpractice
   ☐ Other Negligence
   ☐ Other Personal Injury Tort
   ☐ Product Liability
   ☒ Property Negligence

   **Statutory Actions**
   ☐ Freedom of Access
   ☐ Other Statutory Action
   ☐ Unfair Trade Practice
   **Miscellaneous Civil**
   ☐ Administrative Warrant
   ☐ Appointment of Receiver
   ☐ Arbitration Awards
   ☐ Common Law Habeas Corpus
   ☐ Drug Forfeiture
   ☐ Foreign Deposition
   ☐ Foreign Judgments
   ☐ HIV Testing
   ☐ Land Use Enforcement (80K)
   ☐ Minor Settlements
   ☐ Other Civil
   ☐ Other Forfeiture/Property Libel
   ☐ Pre-Action Discovery
   ☐ Prisoners Transfers
   ☐ Shareholders' Derivative Action

   **APPEALS (ADR EXEMPT)**
   ☐ Administrative Agency (80C)
   ☐ Governmental Body (80B)
   ☐ Other Appeal

   **REAL ESTATE**
   **Foreclosures**
   ☐ Foreclosure (ADR exempt)
   ☐ Foreclosure (Diversion eligible)
   ☐ Foreclosure (Other)
   **Title Actions**
   ☐ Boundary
   ☐ Easement
   ☐ Eminent Domain
   ☐ Quiet Title
   **Miscellaneous Real Estate**
   ☐ Abandoned Road
   ☐ Adverse Possession
   ☐ Equitable Remedy
   ☐ Mechanics Lien
   ☐ Nuisance
   ☐ Other Real Estate
   ☐ Partition
   ☐ Trespass

   **CHILD PROTECTIVE CUSTODY**
   ☐ Non-DHHS Protective Custody

   **SPECIAL ACTIONS**
   ☐ Money Judgment Disclosure

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CONTAINS NONPUBLIC DIGITAL INFORMATION

## MAINE JUDICIAL BRANCH

**V.    M.R. Civ. P. 16B ALTERNATIVE DISPUTE RESOLUTION (ADR)**

☐ I certify that pursuant to M.R. Civ. P. 16B(b), this case is exempt from a required ADR process because ("X" one box below):

- ☐ It falls within an exemption listed above (it is an appeal or an action for non-payment of a note in a secured transaction).
- ☐ The plaintiff or defendant is incarcerated in a local, state, or federal facility.
- ☐ The parties have participated in a statutory pre-litigation screening panel process with (name of panel chair) _____ that concluded on (date of panel finding - mm/dd/yyyy) _____.
- ☐ The parties have participated in a formal ADR process with (name of neutral) _____ on (date – mm/dd/yyyy) _____.
- ☐ The plaintiff's likely damages will not exceed $30,000, and the plaintiff requests an exemption.
- ☐ The action does not include ADR pursuant to M.R. Civ. P. 16(a)(1).
- ☐ There is other good cause for an exemption and the plaintiff has filed a motion for exemption.

**VI.    PARTY AND ATTORNEY CONTACT INFORMATION**

*If you need additional space, list additional parties on an attachment and note "see attachment" in the appropriate section.*

> **Please note:** If a party is a government agency, use the full agency name or the standard abbreviation. If the party is an official within a government agency, identify the agency first and then the official, giving both name and title.

**(a) PLAINTIFF(S)**
*("X" the box below to indicate the party type associated with the filing)*

- ☒ Plaintiff(s)
- ☐ Third-Party Plaintiff(s)
- ☐ Counterclaim Plaintiff(s)
- ☐ Cross-Claim Plaintiff(s)

Is the plaintiff a prisoner in a local, state, or federal facility? ☐ Yes ☒ No

Name (first, middle initial, last): Robert Collett
Mailing address (include county): 22 Bonny Bank Terrace
South Portland, ME  04106
Telephone: 207-939-7086
Email: _____

Name (first, middle initial, last): _____
Mailing address (include county): _____
Telephone: _____
Email: _____

**(b) ATTORNEY(S) FOR PLAINTIFF(S)**
*If there are multiple attorneys, indicate the lead attorney. If all counsel do not represent ALL plaintiffs, specify which plaintiff(s) the listed attorney(s) represents.*

Name and bar number: Christian C. Foster, Bar #9036
Firm name: C Foster Law, PLLC
Mailing Address: 217 Commercial Steet, /Suite 302
Portland, ME  04101
Telephone: 207-536-2206
Email: cfoster@ccfosterlaw.com

> **ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
> **Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

Name and bar number: _____
Firm name: _____
Mailing Address: _____
Telephone: _____
Email: _____

### (c) DEFENDANT(S)

*("X" the box below to indicate the party type associated with the filing)*

- ☒ Defendant(s)
- ☐ Third-Party Defendant(s)
- ☐ Counterclaim Defendant(s)
- ☐ Cross-Claim Defendant(s)

Is the defendant a prisoner in a local, state, or federal facility? ☐ Yes ☒ No

Name *(first, middle initial, last)*: Walgreen Eastern Co., Inc. Store, # 19678
Mailing address *(include county)*: 279 Main Street
South Portland, ME  04106
Telephone: _____
Email: _____

Name *(first, middle initial, last)*: _____
Mailing address *(include county)*: _____
Telephone: _____
Email: _____

### (d) ATTORNEY(S) FOR DEFENDANT(S)

If there are multiple attorneys, indicate the lead attorney. *If all counsel do not represent ALL defendants, specify which defendant(s) the listed attorney(s) represents.*

Name and bar number: _____
Firm name: _____
Mailing Address: _____
Telephone: _____
Email: _____

Name and bar number: _____
Firm name: _____
Mailing Address: _____
Telephone: _____
Email: _____

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

**(e) PARTIES IN INTEREST**

Name (*first, middle initial, last*): _____
Mailing address (*include county*): _____
_____

Telephone: _____
Email: _____

Name (*first, middle initial, last*): _____
Mailing address (*include county*): _____
_____

Telephone: _____
Email: _____

**(f) ATTORNEY(S)**

If there are multiple attorneys, indicate the lead attorney. *If all counsel do not represent ALL parties in interest, specify which parties in interest the listed attorney(s) represents.*

Name and bar number: _____
Firm name: _____
Mailing Address: _____
_____

Telephone: _____
Email: _____

Name and bar number: _____
Firm name: _____
Mailing Address: _____
_____

Telephone: _____
Email: _____

**VII. RELATED CASE(S) IF ANY**
Case name: _____
Docket Number: _____
Assigned Judge/Justice: _____

Date (*mm/dd/yyyy*): May 20, 2025        ▶ _____
                                          Signature of Plaintiff or Lead Attorney of Record

                                          Christian C. Foster, Esq.
                                          Printed Name of Plaintiff or Attorney

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.